FILED
DEC 20 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAUL RODRIGUEZ,<br><br>    Petitioner,<br><br>    v.<br><br>TIMOTHY BUSBY, Warden,<br><br>    Respondent. | Case No. CV 11-9821-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is denied with prejudice.

Dated: December 20, 2011

/s/ James V. Selna
James V. Selna
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 21 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1